UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE PEREZ, | No. 2:13-cv-02150-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF ROSEVILLE, et al., | |
| Defendants. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED; and

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

///

4. That this case is reassigned to the Honorable Garland E. Burrell, Jr. Henceforth the caption on all documents filed in the reassigned case shall be 2:13-cv-02150-GEB-DAD.

IT IS SO ORDERED.

Dated: November 19, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT