1  STACEY N. SHESTON, Bar No. 186016
   stacey.sheston@bbklaw.com
2  LAURA J. FOWLER, Bar No. 186097
   laura.fowler@bbklaw.com
3  KIMBERLY E. HOOD, Bar No. 229195
   kimberly.hood@bbklaw.com
4  Best Best & Krieger LLP
   500 Capitol Mall
5  Suite 1700
   Sacramento, CA  95814
6  Telephone:  (916) 325-4000
   Facsimile:  (916) 325-4010
7
   Attorneys for Defendants
8  City of Roseville, Chief Daniel Hahn, Captain
   Stephan Moore, and Lieutenant Cal Walstad
9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13 | JANELLE PEREZ, an individual, | Case No. 2:13-CV-02150-GEB-DAD |
14 | Plaintiff, | **STIPULATION FOR FIRST EXTENSION OF TIME – Local Rule 144** |
15 | v. | |
16 | CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual, | |
   | Defendants. | |

82510.00123\8455355.1                                          2:13-CV-02150-GEB-DAD

Stacey N. Sheston, Best Best & Kreiger, LLP, attorney for defendants City of Roseville, Chief Daniel Hahn, Captain Stefan Moore and Lieutenant Cal Walstad (collectively "Defendants") and Marion V. Cruz, Goyette & Associates, Inc., attorney for plaintiff, Janelle Perez, hereby stipulate to an initial extension within which Defendants shall respond to the complaint filed in this matter. Defendants' response is now due on January 31, 2014.

IT IS SO STIPULATED.

Dated:  December 4, 2013        BEST BEST & KRIEGER LLP

By:      /s/ Stacey N. Sheston
    STACEY N. SHESTON
    Attorneys for Defendants
    City of Roseville, Chief Daniel Hahn,
    Captain Stefan Moore and Lieutenant
    Cal Walstad

Dated:  December 4, 2013        GOYETTE & ASSOCIATES, INC.

BY:      /s/Marion V. Cruz
    MARION V. CRUZ
    Attorneys for Plaintiff
    Janelle Perez

IT IS SO ORDERED.

Dated:  December 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge