1  STACEY N. SHESTON, Bar No. 186016
   stacey.sheston@bbklaw.com
2  LAURA J. FOWLER, Bar No. 186097
   laura.fowler@bbklaw.com
3  KIMBERLY E. HOOD, Bar No. 229195
   kimberly.hood@bbklaw.com
4  Best Best & Krieger LLP
   500 Capitol Mall
5  Suite 1700
   Sacramento, CA  95814
6  Telephone:  (916) 325-4000
   Facsimile:  (916) 325-4010

Attorneys for Defendants
City of Roseville, Chief Daniel Hahn, Captain
Stephan Moore, and Lieutenant Cal Walstad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JANELLE PEREZ, an individual, | Case No.  2:13-CV-02150-GEB-DAD |
|---|---|
| Plaintiff, | **STIPULATION FOR FIRST EXTENSION OF TIME – Local Rule 144** |
| v. | |
| CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual, | |
| Defendants. | |

Stacey N. Sheston, Best Best & Kreiger, LLP, attorney for defendants City of Roseville, Chief Daniel Hahn, Captain Stefan Moore and Lieutenant Cal Walstad (collectively "Defendants") and Marion V. Cruz, Goyette & Associates, Inc., attorney for plaintiff, Janelle Perez, hereby stipulate to an initial extension within which Defendants shall respond to the complaint filed in this matter. Defendants' response is now due on January 31, 2014.

IT IS SO STIPULATED.

Dated: December 4, 2013        BEST BEST & KRIEGER LLP

By:    */s/ Stacey N. Sheston*
       STACEY N. SHESTON
       Attorneys for Defendants
       City of Roseville, Chief Daniel Hahn,
       Captain Stefan Moore and Lieutenant
       Cal Walstad

Dated: December 4, 2013        GOYETTE & ASSOCIATES, INC.

BY:    */s/Marion V. Cruz*
       MARION V. CRUZ
       Attorneys for Plaintiff
       Janelle Perez

IT IS SO ORDERED.

Dated: December 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge