PAUL Q. GOYETTE, SBN 137250
MARION V. CRUZ, SBN 244223
GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone:  (916) 851-1900
Facsimile:    (916) 851-1995
Email: goyettep@goyette-assoc.com
            marion@goyette-assoc.com

Attorneys for Plaintiff Janelle Perez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE PEREZ, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual,<br><br>  Defendants. | Case No.  2:13-CV-02150-GEB-DAD<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT – FRCP 15 |

Marion V. Cruz, Goyette & Associates, Inc., attorney for plaintiff, Janelle Perez, and Stacey N. Sheston, Best Best & Kreiger, LLP, attorney for defendants City of Roseville, Chief Daniel Hahn, Captain Stefan Moore and Lieutenant Cal Walstad (collectively "Defendants"), stipulate to an extension of time, beyond the twenty-one (21) day cutoff (F.R.C.P. 15), within which Plaintiff may file her First Amended

Complaint.  The parties hereby stipulate that Plaintiff may file her First Amended Complaint on or by January 10, 2014.  Pursuant to previous Stipulation filed December 4, 2013 (Court Docket No. 9), Defendants' response will continue to be due on or by January 31, 2014.

IT IS SO STIPULATED.

Dated:  December ____, 2013         GOYETTE & ASSOCIATES, INC.


                                    By: _____
                                         MARION V. CRUZ
                                         Attorneys for Plaintiff
                                         Janelle Perez


Dated:  December _____, 2013        BEST BEST & KRIEGER, LLP


                                    By: _____
                                         STACEY N. SHESTON
                                         Attorneys for Defendants
                                         City of Roseville, Chief Daniel Hahn,
                                         Captain Stefan Moore and Lieutenant
                                         Cal Walstad

IT IS SO ORDERED.

Dated: January 6, 2014


                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge