PAUL Q. GOYETTE, SBN 137250
SEAN D. O'DOWD, SBN 296320
GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone:  (916) 851-1900
Facsimile:    (916) 851-1995
Email: goyettep@goyette-assoc.com

Attorneys for Plaintiff Janelle Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE PEREZ, an individual, | CASE NO. 2:13-CV-02150 GEB-DAD |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual, | |
| Defendants. | |

Upon consideration of the Ex Parte Application of Plaintiff to Modify the Scheduling order and Defendants' response,  the discovery completion date is extended to April 11, 2015 for the limited purpose of Plaintiff taking the deposition of Defendant Stefan Moore.

Dated:  March 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order Modifying Scheduling Order**