1  STACEY N. SHESTON, Bar No. 186016
   stacey.sheston@bbklaw.com
2  LAURA J. FOWLER, Bar No. 186097
   laura.fowler@bbklaw.com
3  Best Best & Krieger LLP
   500 Capitol Mall
4  Suite 1700
   Sacramento, CA  95814
5  Telephone:  (916) 325-4000
   Facsimile:  (916) 325-4010
6
   Attorneys for Defendants
7  City of Roseville, Chief Daniel Hahn, Captain
   Stephan Moore, and Lieutenant Cal Walstad
8

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| 12 | JANELLE PEREZ, an individual, | Case No.  2:13-CV-02150-GEB-DAD |
|---|---|---|
| 13 | Plaintiff, | **DEFENDANTS' REQUEST FOR ORDER ALLOWING REDACTION OF INFORMATION** |
| 14 | v. | |
| 15 | CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual, | |
| 18 | Defendants. | |

1  Pursuant to Local Rule 140(b), Defendants, City of Roseville, Chief Daniel Hahn, Captain Stephan Moore, and Lieutenant Cal Walstad (collectively "Defendants"), hereby request an order allowing the filing of a document with redactions.  This request is based on the following:

Defendants will be filing (on or before Friday, April 10, 2015) a Motion for Summary Judgment in this matter, along with supporting declarations and evidence.  Two of the documents Defendants seek to present are citizen complaints submitted to the City of Roseville pertaining to Plaintiff Janelle Perez (who was previously employed as a Police Officer for the City).  One of these was filed by Ms. Leah Begley, and her identity is already a matter of record.  The other citizen, however, is an unrelated third party who was involved in a domestic violence call out of which the citizen complaint arose.  Defendants request permission to redact the street address and e-mail address of the citizens who lodged these complaints, as well as the name of the citizen involved in the domestic violence matter.  Neither her name, nor either citizens' address is relevant to resolution of the underlying action or the anticipated motion.  For those reasons, Defendants want to safeguard the citizens' privacy and not reveal any identifying information in any document that are maintained confidentially by the Department pursuant to Cal. Penal Code section 832.5 *et seq*.  Upon the Court's request, Defendants can file unredacted documents under seal.

For those reasons, Defendants respectfully request that the Court approve the limited redactions on citizen complaints by issuing the proposed order submitted herewith.

Dated:  April 7, 2015                            BEST BEST & KRIEGER LLP


By:    */s/Stacey N. Sheston*
    STACEY N. SHESTON
    LAURA J. FOWLER
    Attorneys for Defendants
    City of Roseville, Chief Daniel Hahn,
    Captain Stephan Moore, and Lieutenant
    Cal Walstad