STACEY N. SHESTON, Bar No. 186016
stacey.sheston@bbklaw.com
LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendants
City of Roseville, Chief Daniel Hahn, Captain Stephan Moore, and Lieutenant Cal Walstad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE PEREZ, an individual, | Case No.  2:13-CV-02150-GEB-DAD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO REDACT INFORMATION** |
| v. | |
| CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual, | |
| Defendants. | |

Having considered Defendants' Request for Order allowing Redaction of Information and good cause appearing therefore, the Court orders as follows:

IT IS HEREBY ORDERED that Defendants may file the citizen complaints with the name (other than Ms. Leah Begley), street address, and e-mail address of the citizens redacted.

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS
REQUEST TO REDACT INFORMATION
2:13-CV-02150-GEB-DAD