UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE PEREZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT, CHIEF DANIEL HAHN, an individual; CAPTAIN STEPHAN MOORE, an individual; and LIEUTENANT CAL WALSTAD, an individual,<br><br>Defendants. | No. 213-cv-2150-KJM-DB<br><br>ORDER |

     This case comes before the court on remand from the Ninth Circuit. On March 15, 2018, the Ninth Circuit issued a *sua sponte* en banc call requiring the parties to file supplemental briefing on whether the case should be reheard en banc. The issue remains pending before the Ninth Circuit. On September 19, 2018 the parties filed a joint status report with this court in which defendants request that the court stay further proceedings in this case in light of the pending en banc call. ECF No. 67.

     The court GRANTS defendant's request. The September 27, 2018 status conference is VACATED, to be RESET as needed. The court STAYS further proceedings until the Ninth Circuit determines whether this case will be reheard en banc. The parties shall file a

1

joint status report within seven (7) days of the Ninth Circuit's decision whether the case will be reheard.

IT IS SO ORDERED.

DATED: September 24, 2018.

_____
UNITED STATES DISTRICT JUDGE